**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-30033 |
| Plaintiff - Appellee, | D.C. No. 1:07-CR-00057-BLW-1 |
| v. | |
| EDWARD NINO ALFARO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Idaho
B. Lynn Winmill, Chief District Judge, Presiding

Argued and Submitted May 24, 2010
Pocatello, Idaho

Before: KOZINSKI, Chief Judge, TROTT and N.R. SMITH, Circuit Judges.

1. "[B]ecause the jury would learn of his [prior conviction] in any event,"

*Estelle v. Williams*, 425 U.S. 501, 507 (1976) (internal quotation marks omitted),

and because the trial court appropriately instructed the venire, Alfaro was not

deprived of his constitutional right to a fair trial.

---

[*] This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

2.  Alfaro's sentence was not procedurally erroneous or substantively unreasonable. *United States v. Carty*, 520 F.3d 984, 993 (9th Cir. 2008) (en banc).

**AFFIRMED.**